No. 934. AMERICANS UNITED, INCORPORATED AS PROT-
ESTANTS & OTHER AMERICANS UNITED FOR SEPARATION
OF CHURCH & STATE, ET AL. *v.* INDEPENDENT SCHOOL
DISTRICT No. 622, RAMSEY COUNTY, ET AL.; and

No. 935. STARK *v.* MATTHEIS, COMMISSIONER OF EDU-
CATION OF MINNESOTA, ET AL. Appeals from Sup. Ct.
Minn. dismissed for want of substantial federal question.
MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL are
of the opinion that probable jurisdiction should be noted
and cases set for oral argument. Reported below: 288
Minn. 196, 179 N. W. 2d 146.

No. 852. KERVICK, STATE TREASURER OF NEW JERSEY
*v.* CLAYTON ET AL.; and

No. 858. LEVINE ET AL. *v.* CLAYTON ET AL. Appeals
from Sup. Ct. N. J. Judgment vacated and cases re-
manded for reconsideration in light of this Court's de-
cisions in *Lemon* v. *Kurtzman, Earley* v. *DiCenso,* and
*Robinson* v. *DiCenso, ante,* p. 602; and *Tilton* v. *Richard-
son, ante,* p. 672. MR. JUSTICE BLACK is of the opinion
that the judgment should be reversed. MR. JUSTICE
BRENNAN took no part in the consideration or decision
of these cases. Reported below: 56 N. J. 523, 267 A. 2d
503.

No. 1329. HUNT *v.* McNAIR, GOVERNOR OF SOUTH
CAROLINA, ET AL. Appeal from Sup. Ct. S. C. Judg-
ment vacated and case remanded for reconsideration in
light of this Court's decisions in *Lemon* v. *Kurtzman,
Earley* v. *DiCenso,* and *Robinson* v. *DiCenso, ante,* p.
602; and *Tilton* v. *Richardson, ante,* p. 672. MR. JUSTICE
BLACK and MR. JUSTICE DOUGLAS are of the opinion that
probable jurisdiction should be noted and case set for
oral argument.